Sonia Harris CARTER,
Plaintiff–Appellant

v.

JACKSON PUBLIC SCHOOL DISTRICT; John Coleman, in his official and individual capacities, Defendants–Appellees.

No. 11–60369.

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2012.

David Neil McCarty, David Neil McCarty Law Firm, P.L.L.C., Jackson, MS, for Plaintiff–Appellant.

Joanne Nelson Shepherd, Esq., Jackson Public School District, Gail Lowery, Jackson, MS, Alison Tasma Vance, Esq., Paula Graves Ardelean, Esq., Butler, Snow, O'Mara, Stevens & Cannada, P.L.L.C., Ridgeland, MS, for Defendants–Appellees.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.